**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sergio SANTIAGO–HERNANDEZ, aka Richard Hernandez, Defendant–Appellant.**

**No. 99–50178.**

**D.C. No. CR–98–00866–MMM.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 21, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

**MEMORANDUM**[2]

Sergio Santiago–Hernandez appeals the judgment of conviction and 64 month sentence imposed following his guilty plea to unlawful reentry of a deported alien. His attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and our review of Santiago–Hernandez's pro se submission to the court disclosed no issue for appeal.

Accordingly, we GRANT the motion to withdraw as counsel of record for appellant and the district court's judgment is

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4.

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.